UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
MAY 23 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

HILLSIDE PRODUCTIONS, INC., )
et al., )
)
)
       Plaintiffs, )   Case No.: 02-73618
)
v. )
)   Judge Nancy G. Edmunds
STEVE DUCHANE, et al. )
)
)
       Defendants. )

## CONSENT ORDER

Plaintiffs, by and through their counsel, and defendants the City of Sterling Heights, et al., by and through their counsel, hereby stipulate and agree to the entry of a Consent Order as follows:

1. Plaintiffs on May 10, 2005 orally moved to enforce the Settlement Agreement entered into between the parties in the above-captioned matter on March 22, 2004, which resolved fully and finally all actual or potential controversies or disputes between them, relating to any and all past and present obligations or alleged liability of defendants to plaintiffs (the "Settlement Agreement").

2. Plaintiffs seek entry of an Order that compels defendant the City of Sterling Heights to acknowledge the Escrow Agreement, which was the result of negotiations between plaintiffs' counsel, Cindy Rhodes Victor, and then-counsel for the City of Sterling Heights, Donald Tucker and Douglas Kelly, that were conducted under the supervision of the Court during February and March, 2004.

3. Upon discussion of this matter during the May 10, 2005 conference with this Court, the City of Sterling Heights will immediately sign the Escrow Agreement previously provided by plaintiffs' counsel to defendants' counsel.

4. The terms of the Escrow Agreement shall not be used by the insurance companies in the case captioned *City of Sterling Heights, Michigan, et al. v. United National Ins. Co., et al.*, case number 03-CV-72773, currently pending in the U.S. District Court for the Eastern District of Michigan, as evidence of any admission by the City of Sterling Heights as to how the settlement funds are to be allocated.

THEREFORE, IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED, and the City of Sterling

Heights is hereby directed to sign, within twenty-four (24) hours of this Order, the Escrow Agreement previously provided by plaintiffs' counsel to defendants' counsel.

SO ORDERED:

DATED: **MAY 23 2005**

/s/ Nancy Edmunds
Nancy G. Edmunds
United States District Court Judge

_____
CINDY RHODES VICTOR
Counsel for Plaintiffs

/s/ John Gillooly
JOHN GILLOOLY
Counsel for the City of Sterling Heights

Dated: _____

Dated: May 16, 2005

City of Sterling Heights, Donald Tucker and Douglas Kelly, that were conducted under the supervision of the Court during February and March, 2004.

3. Upon discussion of this matter during the May 10, 2005 conference with this Court, the City of Sterling Heights will immediately sign the Escrow Agreement previously provided by plaintiffs' counsel to defendants' counsel.

4. The terms of the Escrow Agreement shall not be used by the insurance companies in the case captioned City of Sterling Heights, Michigan, et al. v. United National Ins. Co., et al., case number 03-CV-72773, currently pending in the U.S. District Court for the Eastern District of Michigan, as evidence of any admission by the City of Sterling Heights as to how the settlement funds are to be allocated.

THEREFORE, IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED, and the City of Sterling Heights is hereby directed to sign, within twenty-four (24) hours of this Order, the Escrow Agreement previously provided by plaintiffs' counsel to defendants' counsel.

SO ORDERED:

DATED:_____

Nancy G. Edmunds
United States District Court Judge

*Cindy Rhodes Victor*
CINDY RHODES VICTOR
Counsel for Plaintiffs

JOHN GILLOOLY
Counsel for the City of Sterling Heights

Dated: May 13, 2005

Dated:_____

PHIDOCS-42837.2